UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------X
KEVIN WARWICK,                                                         :
    Plaintiff,                                              :
  -vs-                                                                 :   CIVIL ACTION NO:
                                                                       :
KEOLIS COMMUTER SERVICES, LLC.                                         :
    Defendant.                                              :
------------------------------------------------------------------------X

## COMPLAINT

### COUNT I

1. The plaintiff is a resident of Braintree, Massachusetts and brings this action against the defendant, Keolis Commuter Services, LLC. Keolis is a railroad corporation established as a foreign Limited Liability Company registered with the Massachusetts Secretary of State's Corporations Division, and is authorized to conduct business in Massachusetts, with a principal place of business at 470 Atlantic Avenue, Boston, Massachusetts 02210. This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

2. During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Boston, Massachusetts and Providence, Rhode Island; and, at the time the plaintiff received the injuries complained of, both he and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act.

3. On or about, January 28, 2019 the plaintiff was employed as an electrician by the defendant and was engaged in his duties for Keolis at their Reedville Yard in Hyde Park, Massachusetts,

which yard, tracks, rails, engines, trains, crane and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the negligence of the defendant, its agents, servants or employees, the plaintiff was injured.

4. On or about, January 28, 2019, the plaintiff sustained serious injuries to his right knee when he fell on a defective set of exterior wooden stairs. Plaintiff required two (2) surgeries and extensive physical therapy as a result of his fall. Said injuries were caused by the negligence of Keolis in that:

   1. They failed to provide Plaintiff with a reasonably safe place to work.
   2. They failed to properly construct and or maintain the stairs, railing and lighting.
   3. They failed to warn the Plaintiff of the defective stairs and railing.
   4. They failed to warn the Plaintiff of the defective / inadequate lighting.
   5. They failed to provide the Plaintiff with safe egress in and out of the work trailer.
   6. They violated OSHA regulations regarding construction and maintenance of the stairs, railing and lighting.
   7. They violated Massachusetts building code in their construction and maintenance of the stairs, railings and lighting.
   8. They were otherwise negligent or reckless.

5. As a result of the said accident, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was a strong, able-bodied man, capable of earning and actually earning the wages of an electrician as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in his employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be

caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

## **COUNT II**

1. The plaintiff is a resident of Braintree, Massachusetts and brings this action against the defendant, Keolis Commuter Services, LLC. Keolis is a railroad corporation established as a foreign Limited Liability Company registered with the Massachusetts Secretary of State's Corporations Division, and is authorized to conduct business in Massachusetts, with a principal place of business at 470 Atlantic Avenue, Boston, Massachusetts 02210. This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

2. During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Boston, Massachusetts and Providence, Rhode Island; and, at the time the plaintiff received the injuries complained of, both he and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act.

3. On or about, January 28, 2019 the plaintiff was employed as an electrician by the defendant and was engaged in his duties for Keolis at their Reedville Yard in Hyde Park, Massachusetts, which yard, tracks, rails, engines, trains, crane and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the failure of the defendant, its agents, servants or employees, to use reasonable care to provide the plaintiff a safe place in which to work and to furnish him with safe and suitable tools, appliances and equipment, the plaintiff was injured.

4. On or about, January 28, 2019, the plaintiff sustained serious injuries to his right knee when he fell on a defective set of exterior wooden stairs. Plaintiff required two (2) surgeries and extensive physical therapy as a result of his fall. Keolis failed to provide Plaintiff with a safe place to work and to furnish him with safe and suitable tools, appliances and equipment in

that the stairs and railing to the trailer were unsafe, not compliant with OSHA Regulations and Massachusetts Building Code. Additionally, the light near the stairs was inadequate and not working properly.

5. As a result of the said accident, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was a strong, able-bodied man, capable of earning and actually earning the wages of an electrician as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in his employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

WHEREFORE, the plaintiff demands judgment against the defendant in an amount ONE MILLION DOLLARS $1,000,000.00. together with interest and costs and such other relief as this Honorable Court may deem necessary.

**PLAINTIFF RESERVES THE RIGHT TO A JURY TRIAL**

KEVIN WARWICK
By his attorneys,

DATE: DECEMBER 27, 2021

*/s/ Christopher C. Naumes*
Christopher C. Naumes, BBO #: 6717601
NAUMES LAW GROUP, LLC
2 Granite Avenue, Suite 425
Milton, MA 02186
(617) 227 8444
robert@Naumeslaw.com
christopher@naumeslaw.com
Attorney for Plaintiff

   /s/   Robert T. Naumes, Sr.
Robert T. Naumes, Sr., BBO #: 367660

4

NAUMES LAW GROUP, LLC
2 Granite Avenue, Suite 425
Milton, MA 02186
(617) 227 8444
robert@Naumeslaw.com
christopher@naumeslaw.com
Attorney for Plaintiff